UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

APR 1 6 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

LORENZO BIDDY,
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant.

3:26-cv-299-KDB

## COMPLAINT FOR DAMAGES

Plaintiff, Lorenzo Biddy, by and through himself, alleges as follows:

## 1. JURISDICTION AND VENUE

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671–2680.
2. This Court has jurisdiction over this matter as it involves claims against the United States for personal injury caused by negligence of federal employees.
3. Venue is proper in this district because the acts and omissions giving rise to this claim occurred within this district.

## 2. PARTIES

4. Plaintiff, Lorenzo Biddy, is a resident of North Carolina.
5. Defendant, United States of America, is responsible for the acts and omissions of employees of the U.S. Department of Veterans Affairs.

## 3. FACTUAL ALLEGATIONS

6. In or about 2020, Plaintiff was diagnosed with Stage 1 prostate cancer.
7. Plaintiff received treatment through the VA, including surgery performed at Atrium Health Levine Cancer Institute.
8. Following surgery, Plaintiff was required to receive ongoing follow-up care, monitoring, and evaluation.

9. Plaintiff's VA oncologist was no longer available, and the VA failed to provide continuity of care, assign a replacement provider or ensure proper follow-up.
10. Plaintiff was not adequately monitored, scheduled, or treated following his surgery.
11. As a result of the lack of follow-up care, Plaintiff's cancer progressed undetected.
12. When Plaintiff was eventually evaluated, he was diagnosed with Stage 4 prostate cancer.
13. The progression of Plaintiff's cancer was caused, in whole or in part, by the failure of the VA to provide appropriate follow-up care and monitoring.

## 4. ADMINISTRATIVE CLAIM

14. Plaintiff timely filed an administrative claim using Standard Form 95.
15. The claim was denied by the VA on or about October 21, 2025.
16. This action is filed within six (6) months of that denial.

## 5. NEGLIGENCE

17. Defendant, through its employees, owed a duty of care to Plaintiff.
18. Defendant breached that duty by failing to provide appropriate follow-up care, monitoring, and continuity of treatment.
19. Defendant's negligence directly and proximately caused Plaintiff's injuries.

## 6. DAMAGES

20. Plaintiff has suffered severe and permanent injuries, including progression to Stage 4 cancer.
21. Plaintiff has endured pain and suffering, emotional distress, and loss of enjoyment of life.
22. Plaintiff has incurred and will continue to incur medical expenses and other damages.

## 7. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

A. Judgment against Defendant for compensatory damages in an amount to be determined at trial;
B. Costs of this action;
C. Any other relief the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

Lorenzo Biddy
Plaintiff, Pro Se